IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES M. BISHOP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-1163-NJR-GCS |
| | ) |
| PRECOAT METALS CORP. and | ) |
| SEQUA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of November 5, 2018 (Doc. 20) and the Amended Complaint filed November 13, 2018 (Doc. 23), Defendant Precoat Metals Corp. was **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on May 13, 2019 (Doc. 31), indicating the parties stipulate to dismissal of this action in its entirety, with prejudice and with each party bearing its own costs and fees, this action is **DISMISSED with prejudice**.

DATED:   May 14, 2019

                                                            MARGARET M. ROBERTIE,
                                                             Clerk of Court

                                                             By:  s/ Deana Brinkley
                                                                   Deputy Clerk

APPROVED:   s/ Nancy J. Rosenstengel
                           NANCY J. ROSENSTENGEL
                           Chief U.S. District Judge